**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **BIOVAIL CORPORATION, ET AL.** | * |
| Plaintiffs | * |
| v. | * Case number: 06cv3355 RWT |
| **U.S. FOOD AND DRUG ADMIN., ET AL.** | * |
| Defendants | * |

## ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [Paper No. 2], the oppositions thereto, and the arguments of counsel presented at the hearing conducted before the undersigned on December 21, 2006, and for the reasons stated on the record, it is this 21st day of December, 2006, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [Paper No. 2] is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE